**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JAMES H. LEE**                                                                              **PLAINTIFF**

**V.**                                          **NO. 4-09-CV-00243 GTE**

**CITY OF ARKANSAS, et al.**                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Court's Order filed in this matter this date granting summary judgment in favor of Defendants City of Conway, Robert Berry and Susan Wilson,

IT IS HEREBY CONSIDERED, ORDERED, AND ADJUDGED that all claims asserted by Plaintiff James H. Lee in this matter be, and they are hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this   17th   day of June, 2010.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT COURT